UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY LEWIS-EL,

    Plaintiff,                                Case No. 11-CV-14472

vs.                                               HON. MARK A. GOLDSMITH

B. PARKER, et al.,

    Defendants.
_____/

## JUDGMENT

Judgment is entered in favor of Defendants, and against Plaintiff Timothy Lewis-El, in accordance with the Opinions and Orders entered on November 10, 2011 (Dkt. 5), September 18, 2013 (Dkt. 48), and July 29, 2014 (Dkt. 65).

SO ORDERED.

Dated: July 29, 2014                              s/Mark A. Goldsmith
     Flint, Michigan                           MARK A. GOLDSMITH
                                                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 29, 2014.

                                                    s/Deborah J. Goltz
                                                  DEBORAH J. GOLTZ
                                                  Case Manager